**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar McCoy Nester, Jr., | No. CV-06-1457-PHX-SMM (GEE) |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

It appearing to the Court that Defendant Joseph M. Arpaio's Motion for Summary Judgment (Dkt. 67) is now ready for the Court's consideration,

**IT IS HEREBY ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendant's Motion for Summary Judgment filed January 16, 2008 (Dkt. 67). All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge